■ FRED J. BUSCAGLIA et al., Appellants, v COUNTY OF ERIE, Respondent. [631 NYS2d 262] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mintz, J. (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.